IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KARL MORGAN HALL,

        Plaintiff,

    v.

SHAWN RIESEN,

        Defendant.

Case No. 2:15-cv-01084-AC

ORDER

ACOSTA, Magistrate Judge.

The Court GRANTS Plaintiff's "Motion to Dismiss Criminal Complaint" (#5) and hereby DISMISSES this action, without prejudice to Plaintiff's right to pursue his claims and arguments in his pending 28 U.S.C. § 2254 action, *Hall v. Taylor*, Case No. 2:15-cv-00294-AC.

IT IS SO ORDERED.

DATED this 27th day of July, 2015.

_____
John V. Acosta
United States Magistrate Judge

1 - ORDER -